**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03356-AP

DEBORAH M. WOODROW,

      Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN**

---

**1.  APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

    Rachael A. Lundy
    402 W. 12th Street
    Pueblo, CO 81003
    Telephone: (719) 543-8636
    Email: seckarlaw@mindspring.com

For Defendant:

    Meghan Frei Berglind
    Social Security Administration, Office of the General Counsel
    1001 17th Street
    Denver, CO 80202
    Telephone: (303) 844-2544
    Email: meghan.berglind@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: December 28, 2012

    B.    Date Complaint Was Served on U.S. Attorney's Office: February 26, 2013

    C.    Date Answer and Administrative Record Were Filed: April 26, 2013

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7. **OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due: **June 26, 2013**

    B.    Defendant's Response Brief Due: **July 26, 2013**

    C.    Plaintiff's Reply Brief (If Any) Due: **August 12, 2013**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement: Plaintiff does not request oral argument.

    B.    Defendant's Statement: Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

Indicate below the parties' consent choice.

A. ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 20th day of May, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. District Court Judge

APPROVED:

*s/Rachael A. Lundy*
RACHAEL A. LUNDY
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*/s/ Meghan Frei Berglind*
MEGHAN FREI BERGLIND
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO  80202
Telephone: (303) 844-2544
meghan.berglind@ssa.gov

Attorneys for Defendant