**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03356-MSK

DEBORAH M. WOODROW,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the OPINION and ORDER of Chief Judge Marcia S. Krieger entered on January 28, 2014 [Docket No. 16], it is

ORDERED that the decision of the administrative Law Judge is reversed and remanded, and final judgment is entered in favor of Plaintiff DEBORAH M. WOODROW and against Defendant Commissioner.  It is further

ORDERED that costs are awarded to the plaintiff and against the defendant pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, upon the filing of a bill of costs within 14 days of entry of judgment.

Dated at Denver, Colorado this 31st day of January, 2014.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
        _____

        Edward P. Butler
        Deputy Clerk